

# wallaby creek

## 2003 MERLOT
### South Eastern Australia
#### ESTATE BOTTLED

A note from the winemaker:
I appreciate how you saw the stereotypical Australian label and didn't dismiss Wallaby Creek as another 'me, too!' wine. We have three generations of experience and we think we make fantastic wine. Once you try a bottle we know you will see the difference.
Sincerely,

*Rex D'Aquino*

**GOVERNMENT WARNING:** (1) ACCORDING TO THE SURGEON GENERAL, WOMEN SHOULD NOT DRINK ALCOHOLIC BEVERAGES DURING PREGNANCY BECAUSE OF THE RISK OF BIRTH DEFECTS. (2) CONSUMPTION OF ALCOHOLIC BEVERAGES IMPAIRS YOUR ABILITY TO DRIVE A CAR OR OPERATE MACHINERY AND MAY CAUSE HEALTH PROBLEMS.

**CONTAINS SULFITES**

PRODUCED BY
HIGHLAND HERITAGE ESTATE
MITCHELL HWY ORANGE
NSW AUSTRALIA

750ml  13.5% ALC./VOL.
**PRODUCT OF AUSTRALIA**

IMPORTED BY
INTERNATIONAL
IMPORTERS
FORT LAUDERDALE,
FL 33315

8  11312 80001 7



# wallaby creek



# MERLOT
### South Eastern Australia
#### ESTATE BOTTLED

Exhibit A