

INTERNATIONAL SPIRITS & WINES

HOME | COMPANY | BRANDS | AWARDS | NEWS | CONTACT

***Creed***

reflecting the character of the beautiful Barossa region We proudly present our wine for your enjoyment, drink and enjoy!

learn more

***L.A. Cetto***

**Double Gold Medal Winner 2009!**

L.A. Cetto produces a wide variety of vinifera wines, Cabernet Sauvignon, Chardonnay, Petite Sirah, Zinfandel, Chenin Blanc, and Nebbiolo. Interestingly, all of their wines had won awards in International Competitions.

learn more

***Paulett Wines***

consistently good winter rains, hot summers tempered by cool nights and a long ripening period produces grapes of exceptional flavours and balance.

learn more

**Click Here to stop music**

## *Wallaby Creek*

Founded in 1952, approximately 300 miles west of Sydney, in the sleepy town of orange. It's owned and run by the D'Aquino family who immigrated from Italy.

The winery owns 60 acres of vineyards with some parcels having vines that date back over 30 years. However, the winery continues to source grapes in premium wine growing regions in South Eastern Australia, to fulfill their production needs of over 350,000 cases per year.

## *About Australia:*

Australia's landmass of 7,617,930 square kilometers (2,941,300 sq mi)[44] is on the Indo-Australian Plate. Surrounded by the IndianN4 and Pacific oceans, Australia is separated from Asia by the Arafura and Timor seas. Australia has 34,218 kilometers (21,262 mi) of coastline (excluding all offshore islands)[45] and claims an extensive exclusive economic zone of 8,148,250 square kilometers (3,146,060 sq mi). This exclusive economic zone does not include the Australian Antarctic Territory.

The Great Barrier Reef, the world's largest coral reef,[46] lies a short distance off the north-east coast and extends for over 2,000 kilometers (1,240 mi). Mount Augustus, claimed to be the world's largest monolith,[47] is located in Western Australia. At 2,228 meters (7,310 ft), Mount Kosciuszko on the Great Dividing Range is the highest mountain on the Australian mainland, although Mawson Peak on the remote Australian territory of Heard Island is taller at 2,745 meters (9,006 ft).

The Commonwealth of Australia seen from space by far the largest part of Australia is desert or semi-arid lands commonly known as the outback. Australia is the flattest continent, with the oldest and least fertile soils, and is the driest inhabited continent. Only the south-east and south-west corners of the continent have a temperate climate. The population density, 2.8 inhabitants per square kilometer, is among the lowest in the world, although a great proportion of the population lives along the temperate south-eastern coastline. The landscapes of the northern part of the country, with a tropical climate, consist of rainforest, woodland, grassland, mangrove swamps, and desert. The climate is significantly influenced by ocean currents, including the El Niño southern oscillation, which is correlated with periodic drought, and the seasonal tropical low pressure system that produces cyclones in northern Australia.

## *Wallaby Creek*

Located in the mid western inner coastal region of Australia, Wallaby Creek sits in a lush surrounding flanked by mountains on every side.

Australia's Outback adventures, stunning beaches and reefs, vibrant cities, and unique wildlife. The unrivaled natural beauty of New Zealand's mountains, wine country and coast, and its ancient Maori culture. The tropical paradise that is the South Pacific.

Situated at the base of Mt Barney within the Scenic Rim, Mt Barney Lodge is an Eco tourism retreat that offers self contained accommodation and optional meals. Relax in one of our Queenslander Homesteads, Cabins , Deluxe Camper Trailers , or try camping .

Mt Barney Lodge is family friendly, and has adventure activities for kids and adults including rock climbing, abseiling, night adventure, bushwalking, sunset ecotour and mountain guiding.

Mt Barney Lodge is the perfect family destination with full creek frontage, open fireplaces, shade and a grassy camp ground. Qualified outdoor leaders run children's' adventure activities during holiday periods and weekends. Kids can play independently, ride their bike, and visit the farm animals who are helping with the permaculture garden.

***Campo Azul***

Learn about an award winning Tequila that offers unparalleled value without compromise.

learn more

***Passion De Tango***

An impressive selection of wines Dancing with Argentinean Passion.

learn more

***Wallaby Creek***

Distinctive wines from Australia with an authentic character.

learn more

***Douglas XO***

The heraldic symbol of Scotland - The Lion Rampant features proudly on our new label – the DOUGLAS XO.

learn more

***Share This Page***

Exhibit D



This wilderness experience is 90 minutes drive from Brisbane and the Gold Coast.

Mt Barney Lodge is perfect for small conferences, meetings and team building workshops. Groups are welcome with 46 people able to be accommodated in beds across the 6 venues.

CAREER OPPORTUNITIES | NEW MARKETING RESOURCE CENTER

International Spirits & Wines 333 North Bedford Rd Mt. Kisco, NY | Telephone: 914-471-4500 |  2009© All Rights Reserved
By continuing to view this site you agree that you are of legal drinking age. Remember, please drink responsibly.
Copyright © 2008-2009 - International Spirits & Wines | Site Design by Brighton Designs.